UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No.  23-cv-01989-RS   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

　　This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

　　Please be advised that discovery disputes must be presented in a joint letter brief that includes, *inter alia*, an attestation that the parties have met and conferred as required by the Standing Order.

　　Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

　　**IT IS SO ORDERED.**

Dated: July 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge